UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GANESA ROSALES | § |
| | § |
| v. | § |
| | § |
| HCA HEALTH SERVICES OF TEXAS, INC., and | § Case No. 4:16-cv-3208 |
| PASADENA BAYSHORE HOSPITAL, INC. | § |
| _____ / | § |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ganesa Rosales, and Defendants, HCA Health Services of Texas and Pasadena Bayshore Hospital, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter shall be, and is hereby, dismissed without prejudice and with each party bearing its own fees and expenses.

Dated: May 18, 2017                                            Respectfully Submitted,

*/s/ Jarrett Ellzey*_____                               */s/ Nancy L. Patterson*
W. Craft Hughes                                                   Nancy L. Patterson
Jarrett L. Ellzey                                                     Sarah Morton
**HUGHES ELLZEY, LLP**                                    **MORGAN, LEWIS & BOCKIUS LLP**
2700 Post Oak Blvd., Ste. 1120                            1000 Louisiana St., Ste. 4000
Galleria Tower I                                                    Houston, Texas 77002
Houston, TX 77056                                               Phone: (713) 890-5000
Phone: (713) 554-2377                                         Fax: (713) 890-5001
Fax: (888) 995-3335                                             nancy.patterson@morganlewis.com
E-Mail: craft@hughesellzey.com                          sarah.morton@morganlewis.com
jarrett@hughesellzey.com

**ATTORNEYS FOR PLAINTIFFS**                     **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas, Houston, Division, on May 18, 2017, and served on all counsel of record who have consented to electronic notification *via* CM/ECF.

                                                      /s/  Jarrett L. Ellzey
                                                    Jarrett L. Ellzey